

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Charles E. Theobald
County Attorney
Galveston County
Galveston, Texas

Dear Sir:

Opinion No. O-895
Re: Does the County Commissioners' Court of
Galveston County, Texas have authority
to employ life-guards for the Galveston
beach and pay them for their services out
of county funds?

Your request for an opinion upon the above
stated question has been received and carefully con-
sidered by this department.

"Counties, being component parts of the state,
have no powers or duties except those which are clear-
ly set forth and defined in the Constitution and Stat-
utes. The Statutes have clearly defined the powers,
prescribed the duties, and imposed the liabilities of
the commissioners' courts, the medium through which
the different counties act, and from those statutes
must come all the authority vested in the counties.

"The grants of power to such governmental
agencies as counties, townships and school districts
are generally more strictly construed than are those
to incorporated municipalities. The commissioners'
court is not vested with any general police power.
* * * " (Tex. Jur., Vol. 11, Sec. 56, p. 565.)

"Commissioners' Courts are courts of limited
jurisdiction, in that their authority extends only to
matters pertaining to the general welfare of their
respective counties, and that their powers are only

Hon. Charles M. Theobald, Page 2.

those expressly or impliedly conferred upon them by
law, - that is, by the constitution and statutes of
the state." (Tex. Jur., Vol. 11, Sec. 37, p.p. 564-
565.)

"The jurisdiction of Commissioners' Courts is
limited to strictly 'county business,' and the legis-
lature has no authority to enlarge their powers or
jurisdiction. Any attempt to confer upon the court jur-
isdiction of a matter which is not 'county business'
is void. * * * "   (Tex. Jur., Vol. 11, p.p. 565-566).

After a most careful and exhaustive study of
this question we have been unable to find any authori-
ty, express or implied, which would authorize the coun-
ty commissioners of Galveston County, Texas to expend
money for the payment of life-guards. We are unable
to find any authority which would classify this expend-
iture as "county business".

Therefore, you are respectfully advised, that
it is the opinion of this department that the County
Commissioners' Court of Galveston, Texas does not have
authority to employ life-guards for the Galveston
beach and pay such life-guards for their services out
of county funds.

Trusting that this satisfactorily answers
your inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By   Wm. J. Fanning
         Wm. J. Fanning
            Assistant

APPROVED JUL 21, 1939
WmJF:omb

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN